**APPENDIX A**

| Employee |
| --- |
| Sellah Achoki |
| Latrina Akins |
| Tysa Allen |
| Ella Baines |
| Sonya Baker |
| Jakeshia Banks |
| Carolyn Barnes |
| Michael Barnes |
| Lasha Barnett |
| Quendes Bell |
| Shala Belton |
| Natalia Berezovskay |
| Steven Betts |
| Leta Billups |
| AW Bonilla |
| Charles Bowser |
| Faith Bowser |
| Yolanda Boyd |
| D'Vonte Brown |
| Frances Brown |
| Sandra Brown |
| Sharon Burdette |
| Craig Burge |
| Clarissa Burnett |
| D E Burton |
| Keyanna Campbell |
| T Campbell |
| Lakenya Canady |
| Alexis Clark |
| Latoya Clayton |
| Sherrja Cline |
| Leah Cole |
| Ervon Coleman |
| William Collins |
| Letishia Cooper |
| Wayne Cooper III |
| Hollyn Creal |
| Telissah Crosby |
| Earlene Daniels |
| Damario Danner |
| Tiffany Dantzler |

| Employee |
| --- |
| Anthony Davis |
| Tia Davis |
| Vallire J. Davis |
| Centhia Diaz |
| Monique Dyson |
| Carla Eckley |
| Nyree Elam |
| Glenda Eldridge |
| Imani Ellis |
| Oscar Fairrow |
| Erica Farrow |
| Tanya Fennix |
| Kimberly Fondren |
| Pete Forrester |
| Aaron Frazier |
| Angela Frazier |
| Heather Frecks |
| Marianne Free |
| Taylor Gabel |
| Maria Galaviz |
| Angela Gallagher |
| Earline Garret |
| Wanda Garrett |
| Airel Gatewood |
| Jordan Gillum |
| Charlotte Glenn |
| Sharon Green |
| Tanika Green |
| Leslie Griffin |
| Cortisha Hall |
| Tracy Harold |
| Chante Harris |
| Tyrone Harris |
| M S Harris Sr |
| Timisha Hayes |
| Latricia Heags |
| J M Hendricks |
| LaTanya Hill |
| Leandra Hill |
| Sena Hook |
| Andrea Hooks |
| Ramona Howard |
| Karla Howell |
| Shanita Huggins |

| Employee |
| --- |
| Tony Ingram |
| Neomi Ivory |
| D D Jackson |
| Delois Jackson |
| Jannel Jackson |
| Jeffery Jackson |
| Stuart Jackson |
| J D Jackson-Page |
| April Johnson |
| Arnez Johnson |
| Clay Johnson |
| Kattie Johnson |
| Larry Johnson |
| Stephanie Johnson |
| Candi Jones |
| Jewell Jones |
| Tameka Jones |
| Jamie King |
| Maria Lachica |
| Tammy Lang |
| E Larmar |
| Juanita Lawrence |
| Darelnesha Lawson |
| Tierra Lee |
| Michael Marshall |
| Marquita Marshbanks |
| Charita Martin |
| Tammy Maspero |
| Kendra Maxwell |
| Frankie Mayfield |
| Tynisha Mays |
| Latrece McCluney |
| Jasmine McDonald |
| Teriauna McDonald |
| Fredrick McGary |
| Sandra McGill |
| Catrina Miller |
| Latricia Miller |
| Sherise Miller |
| LaShonda Mitchell |
| Sherry Mitchell |
| Sugandi Mongar |
| Jerry Moore |
| Keisha Moore |

| Employee |
| --- |
| Paulette Moore |
| Thomas Moore |
| Monai Myers |
| Sandra Nelson |
| Katina Newton |
| Rachelle Owens |
| Shawonne Owens |
| Angela Pacheco |
| Muryelzhia Payne |
| Shamir Pearson |
| Mayeshella Phillips |
| Vincent Phillips |
| Alisha Plenty-Wolf |
| Amy Ponte |
| Mattie Price |
| Malissa Randle |
| LD Randolph |
| Mario Reed |
| Timothy Reid |
| Shauna Rhea |
| Ricky Richmond |
| James Riley |
| Christopher Rivers |
| Myshia Robertson |
| Booker Robinson |
| Billie Roebuck |
| Shelina Rosenberg |
| Gregory Samuels |
| Deloris Sanders |
| Morris Sanders |
| Kevin Scaife |
| Spana Shashankhar |
| Natasha Shelby |
| Laxmi Sinchuri |
| Rhonda Smith |
| Tramayne Smith |
| Virginia Smith Ward |
| Shaprelle Stewart |
| Felton Stone |
| Shelly Sublett |
| Pearl M. Tallie |
| David Taylor |
| Dorothy Taylor |
| Gabel Taylor |

| Employee |
| --- |
| Larry Taylor |
| Michael Taylor |
| Tameka Tensley |
| Cathleen Thomas |
| Diana Thomas |
| Kia Thomas |
| Christina Thrash |
| Victoria Todd |
| Patricia Umland |
| Charita Vaughn |
| Laura Walquist |
| Ronald Watson |
| Kim Webster |
| Lakisha Wesley |
| Justin Whayne |
| Mahogany Whitmill |
| Adreon Williams |
| Charlene Williams |
| Denise Williams |
| Dominic Williams |
| Everett Williams |
| Felishia Williams |
| Lacresha Williams |
| Lillie Williams |
| Nedra Williams |
| S N Williams |
| Utofia Williams |
| Catrina Wilson |
| Felishia Wilson |
| Karrie Wiredu |
| Kendra Womack |
| Tricia Worden |
| Irene Yates |